**Junior JIFSCOMBIE, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. 59564.**

Missouri Court of Appeals, Eastern District, Division Three.

June 18, 1991.

Henry B. Robertson, Asst. Public Defender, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

ORDER

PER CURIAM.

Movant Junior Jifscombie appeals the denial of his Rule 24.035 motion without an evidentiary hearing. The judgment of the motion court is based upon findings of fact that are not clearly erroneous, no error of law appears, and an opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

**Beatrice WILLINGHAM, Respondent,**

v.

**Robert WILLINGHAM, Appellant.**

**No. WD 43127.**

Missouri Court of Appeals, Western District.

June 25, 1991.

Danieal H. Miller, Columbia, for appellant.

Betty K. Wilson and Helen M. Cripps, Columbia, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

ORDER

PER CURIAM.

Robert Willingham appeals from property allocation and maintenance order of marital dissolution decree.

Judgment affirmed. Rule 84.16(b).